DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 









                                                NO.
12-08-00071-CV

 

IN THE COURT OF APPEALS 

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER,
TEXAS

GLENN EARL SMALLWOOD,      §                      APPEAL
FROM THE 217TH

APPELLANT

 

V.        §                      JUDICIAL
DISTRICT COURT OF

 

FLEETWOOD
TRANSPORTATION

SERVICES,
INC.,

APPELLEE   §                      ANGELINA
COUNTY, TEXAS

                                                                                                                
                                           

MEMORANDUM
OPINION

PER
CURIAM

            Appellant Glenn Earl Smallwood has filed a motion to
dismiss this appeal.  A copy of the motion
has been sent to all counsel of record. 
Because Smallwood has met the requirements of Texas Rule of Appellate
Procedure 42.1(a)(1), the motion is granted, and the appeal is dismissed.

            Opinion delivered March 5, 2008.

            Panel consisted of Worthen, C.J.,
Griffith, J., and Hoyle, J.

 

 

 

 

 

 

(PUBLISH)